| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA | |
| Case number *(if known)* _____  Chapter  11 | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Blann Farms, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Blann Berries |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 35-1399225 |

| | | | | |
|---|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** 12570 N. Texas Gas Road Oaktown, IN 47561 <br>Number, Street, City, State & ZIP Code <br><br>Knox <br>County | | **Mailing address, if different from principal place of business** <br><br>_____ <br>P.O. Box, Number, Street, City, State & ZIP Code <br><br>**Location of principal assets, if different from principal place of business** <br>_____ <br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br>☐ Partnership (excluding LLP) <br>☐ Other. Specify: _____ |

Official Form 201                        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                        page 1

Debtor   Blann Farms, Inc.
         Name                                                              Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   Jeffrey B. Blann                                  Relationship   President
District Southern District of Indiana/Indianapolis Division   When _____   Case number, if known _____

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor   Blann Farms, Inc.                                    Case number (*if known*)
         Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    Blann Farms, Inc.                                                          Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 7, 2017
              MM / DD / YYYY

**X** /s/ Jeffrey B. Blann                                    Jeffrey B. Blann
     Signature of authorized representative of debtor          Printed name

Title   President

**18. Signature of attorney**

**X** /s/ David R. Krebs                                      Date   August 7, 2017
     Signature of attorney for debtor                                MM / DD / YYYY

David R. Krebs
Printed name

Hester Baker Krebs LLC
Firm name

One Indiana Square, Suite 1600
211 N. Pennsylvania Street
Indianapolis, IN 46204
Number, Street, City, State & ZIP Code

Contact phone   (317) 833-3030      Email address

5521-49
Bar number and State

Fill in this information to identify the case:
Debtor name: Blann Farms, Inc.
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Siegers Seed Co.  13031 Reflections Drive  Holland, MI 49424 | | Open Account | | | | $298,290.27 |
| Ceres Solutions  P.O. Box 432  Crawfordsville, IN 47933 | | Open Account | | | | $222,944.62 |
| Monte Package Company  P.O. Box 128  Riverside, MI 49084-0128 | | Open Account / Lawsuit | | | | $172,618.47 |
| John Deere Financial  P.O. Box 6600  Johnston, IA 50131 | | Open Account | | | | $92,973.20 |
| SeedWay  P.O. Box 250  Hall, NY 14463-0250 | | Open Account | | | | $43,513.24 |
| International Paper  1740 International Drive  Memphis, TN 38197 | | Open Account | | | | $37,932.08 |
| Cox Farms, Inc.  7484 W. County Road 750 N  Gaston, IN 47342 | | Open Account | | | | $26,128.00 |
| Knox County Treasurer  111 N. 7th Street  Vincennes, IN 47591 | | Property Taxes - Fall 2017 installment | | | | $12,214.33 |
| Sullivan County Treasurer  100 Courthouse Square, Room 201  Sullivan, IN 47882-0370 | | Property Taxes - Fall 2017 installment | | | | $10,178.84 |

| Debtor | Blann Farms, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cosner Ice Co. 2404 U Street Bedford, IN 47421 | | Open Account | | | | $9,000.00 |
| Whayne Supply Company 10001 Linn Station Road Louisville, KY 40232 | | Open Account | | | | $7,504.56 |
| Wiese USA 1435 Woodson Road Saint Louis, MO 63132 | | Open Account | | | | $2,535.00 |
| AGCO Finance, LLC P.O. Box 2000 Johnston, IA 50131 | | Equipment | | $31,330.73 | Unknown | Unknown |
| AGCO Finance, LLC P.O. Box 2000 Johnston, IA 50131 | | Equipment | | $28,102.44 | Unknown | Unknown |
| Agrifund, LLC aka ARM 5250 E. U.S. Highway 36, Suite 310 Avon, IN 46123 | | Crops/Farm Products; Federal Farm Programs; Insurance, General Tangibles, Rents and Account Proceeds | | Unknown | Unknown | Unknown |
| Audrey Blann 18598 Bottoms Lane Lawrenceville, IL 62439 | | 231.61 Acres located in Sullivan County, Indiana, known as Phegley, Lamb and Barker Farms | | $680,000.00 | Unknown | Unknown |
| Casey State Bank 1609 Lexington Avenue Lawrenceville, IL 62439 | | Real Estate located in Sullivan County and Knox County owned by Debtor and Jeffrey B. Blann | | $6,134,270.62 | Unknown | Unknown |
| CNHi Industrial Capital P.O. Box 3600 Lancaster, PA 17604-3600 | | Equipment | | $352,849.62 | Unknown | Unknown |
| CNHi Industrial Capital P.O. Box 3600 Lancaster, PA 17604-3600 | | Equipment | | $170,932.99 | Unknown | Unknown |
| CNHi Industrial Capital P.O. Box 3600 Lancaster, PA 17604-3600 | | Equipment Lease | | $44,306.44 | Unknown | Unknown |

| | | |
|---|---|---|
| 1ST FARM CREDIT EXPRESS<br>2000 JACOBSSEN DRIVE<br>NORMAL, IL 61761 | AGCO FINANCE, LLC<br>P.O. BOX 2000<br>JOHNSTON, IA 50131 | AGRIFUND, LLC AKA ARM<br>5250 E. U.S. HIGHWAY 36, SUITE 131<br>AVON, IN 46123 |
| AUDREY BLANN<br>18598 BOTTOMS LANE<br>LAWRENCEVILLE, IL 62439 | JANE BLANN<br>3607 W. COUNTY ROAD 1125 S<br>CARLISLE, IN 47838 | JEFFREY B. BLANN<br>12570 N. TEXAS GAS ROAD<br>OAKTOWN, IN 47561 |
| BOND FARMS, LLC<br>C/O RICHARD BOND<br>2424 N. FORK DRIVE<br>VINCENNES, IN 47591 | CASEY STATE BANK<br>1609 LEXINGTON AVENUE<br>LAWRENCEVILLE, IL 62439 | CASSATA OF ILLINOIS, LLC<br>FARMERS NATIONAL COMPANY<br>P.O. BOX 3480<br>OMAHA, NE 68103-0480 |
| CERES SOLUTIONS<br>P.O. BOX 432<br>CRAWFORDSVILLE, IN 47933 | CNHI INDUSTRIAL CAPITAL<br>P.O. BOX 3600<br>LANCASTER, PA 17604-3600 | COSNER ICE CO.<br>2404 U STREET<br>BEDFORD, IN 47421 |
| COX FARMS, INC.<br>7484 W. COUNTY ROAD 750 N<br>GASTON, IN 47342 | CROP PRODUCTION SERVICES<br>2760 KELLER ROAD<br>OWENSBORO, KY 42301 | DLL FINANCIAL SOLUTIONS PAR<br>FKA AGRICREDIT ACCEPTANCE, LLC<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 |
| FARM CREDIT LEASING SERVICES CORPORATION<br>AKA 1ST FARM CREDIT SERVICES<br>600 HIGHWAY 169 SOUTH, SUITE 300<br>MINNEAPOLIS, MN 55426-1219 | BRENDA GORE<br>12958 N. TEXAS GAS ROAD<br>OAKTOWN, IN 47561 | HALLETT FARMS<br>C/O JAMES & MARY HALLET<br>3107 S. PROSPECT<br>CHAMPAIGN, IL 61822-7203 |
| ROBERT W. HOLDEN<br>7800 EAGLE CREEK OVERLOOK DRIVE<br>INDIANAPOLIS, IN 46254 | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 N. SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | INDIANA DEPT. OF WORKFORCE D<br>10 N. SENATE AVENUE<br>ROOM SE106<br>INDIANAPOLIS, IN 46204-2277 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL PAPER<br>1740 INTERNATIONAL DRIVE<br>MEMPHIS, TN 38197 | INTERNATIONAL PAPER<br>C/O RECEIVABLES CONTROL CO<br>7373 KIRKWOOD COURT, SUITE 20<br>MINNEAPOLIS, MN 55369 |
| JOHN DEERE FINANCIAL<br>P.O. BOX 6600<br>JOHNSTON, IA 50131 | KNOX COUNTY TREASURER<br>111 N. 7TH STREET<br>VINCENNES, IN 47591 | SHAWN LAMB<br>1108 S. ROBINSON ROAD<br>VINCENNES, IN 47591 |

ARTHUR MCKINLEY
677 W. COUNTY ROAD 975 S
CARLISLE, IN 47838

MONTE PACKAGE COMPANY
P.O. BOX 128
RIVERSIDE, MI 49084-0128

MONTE PACKAGE COMPANY
C/O WARNER NORCROSS & JUDD
111 LYON STREET NW, SUITE 90
GRAND RAPIDS, MI 49503

SEEDWAY
P.O. BOX 250
HALL, NY 14463-0250

SIEGERS SEED CO.
13031 REFLECTIONS DRIVE
HOLLAND, MI 49424

SULLIVAN COUNTY TREASURER
100 COURTHOUSE SQUARE, ROOM
SULLIVAN, IN 47882-0370

SUNRISE LAND HOLDINGS, LLC
1183 E. CANVASBACK DRIVE
TERRE HAUTE, IN 47802

WHAYNE SUPPLY COMPANY
10001 LINN STATION ROAD
LOUISVILLE, KY 40232

WIESE USA
1435 WOODSON ROAD
SAINT LOUIS, MO 63132

SHIRLEY WILSON
3250 E. WILSON ROAD
OAKTOWN, IN 47561-8322

# United States Bankruptcy Court
## Southern District of Indiana

In re   Blann Farms, Inc.                                         Case No.
                          Debtor(s)                               Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Blann Farms, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| August 7, 2017 | /s/ David R. Krebs |
| Date | David R. Krebs |
| | Signature of Attorney or Litigant |
| | Counsel for   Blann Farms, Inc. |
| | Hester Baker Krebs LLC |
| | One Indiana Square, Suite 1600 |
| | 211 N. Pennsylvania Street |
| | Indianapolis, IN 46204 |
| | (317) 833-3030 Fax:(317) 833-3031 |